COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Ricardo Romano v. State of Texas

Appellate case number:   01-18-00538-CR

Trial court case number:  2167075

Trial court:                   County Criminal Court at Law No. 6 of Harris County

It is **ordered** that the State's motion for en banc reconsideration filed October 23, 2019, is **denied**.

Judge's signature:  _/s/ Richard Hightower_____
                          Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss. Justice Lloyd voted to grant.

Date:  __December 19, 2019_____